IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MELVIN DE. FREITAS JR., | ) | CV 05-00302SOM-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LANE BLAIR, Warden, Diamondback | ) | |
| Correctional Facility, JOHN F. | ) | |
| PEYTON, Director of Hawaii | ) | |
| Department of Public Safety, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### ORDER ADOPTING MAGISTRATE'S
### FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 30, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; February 15, 2006.

_____
Susan Oki Mollway
United States District Judge